IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCOTT LUPOLE,                      )
                                   )
    Plaintiff,                    )
                                   )
    v.                             )    Civil Action No. 07-73 Erie
                                   )
COLLINS PINE COMPANY,              )
a subsidiary of the Collins Company, )
t/d/b/a Kane Hardwood Division     )
of Collins Pine Company,           )
                                   )
    Defendant.                    )

## ORDER

AND NOW, to-wit, this 11th day of October, 2007, for the reasons set forth above, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Remand (Doc. 7), be and hereby is GRANTED because this court lacks subject matter jurisdiction.

No Payment under 28 U.S.C. § 1447(c) is ordered.

The Clerk of Court shall remand this case to the Court of Common Pleas of McKean County, Pennsylvania. The Clerk of Court is directed to mark this case closed.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    counsel of record